# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-601-165**

Effective date of registration:

November 9, 2011

---

## Title
**Title of Work:** Video Girl

## Completion/Publication
**Year of Completion:** 2011

## Author
- **Author:** R G Investments Group, Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** R G Investments Group, Inc.
3838 Raymert Drive, Suite 3, Las Vegas, NV, 89121
**Transfer Statement:** By written agreement

## Certification
**Name:** Roy H. Maughan, Jr.
**Date:** September 2, 2011

**EXHIBIT A**

Page 1 of 1