# EXHIBIT B

| inet_ntoa(ip) | hash | geoipcountrycode | geoipregioncode | date | time | relatedtitlealias |
|---|---|---|---|---|---|---|
| 67.167.28.72 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/29/2012 | 1:56:43 | Video Girl |
| 67,174,141,158 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/7/2012 | 13:46:22 | Video Girl |
| 70.8.160.240 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/12/2012 | 20:58:41 | Video Girl |
| 71,239,204,124 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/19/2012 | 5:07:23 | Video Girl |
| 98.222.119.15 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/30/2012 | 12:02:22 | Video Girl |
| 24.15.188.97 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/29/2012 | 20:24:53 | Video Girl |
| 108.69.179.29 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/19/2012 | 17:47:42 | Video Girl |
| 98.212.9.24 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 5/1/2012 | 20:28:09 | Video Girl |
| 67,167,241,188 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/30/2012 | 16:59:07 | Video Girl |
| 68.30.236.112 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/9/2012 | 23:46:26 | Video Girl |
| 108.115.193.11 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/21/2012 | 19:59:23 | Video Girl |
| 76.217.39.37 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 5/4/2012 | 18:03:26 | Video Girl |
| 99.32.21.76 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/1/2012 | 21:30:39 | Video Girl |
| 76,202,248,166 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 6:20:35 | Video Girl |
| 99,103,151,171 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/17/2012 | 23:45:45 | Video Girl |
| 173.109.105.47 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/22/2012 | 15:44:58 | Video Girl |
| 71.201.101.61 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/4/2012 | 0:00:24 | Video Girl |
| 108.101.38.3 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/23/2012 | 14:27:15 | Video Girl |
| 99.141.14.254 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/11/2012 | 0:03:14 | Video Girl |
| 108.83.46.32 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 5:12:28 | Video Girl |
| 173,109,240,149 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/25/2012 | 14:34:21 | Video Girl |
| 98.213.46.125 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/29/2012 | 1:35:06 | Video Girl |
| 208.54.80.134 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/7/2012 | 0:52:43 | Video Girl |
| 108,100,211,208 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/12/2012 | 19:05:19 | Video Girl |
| 173,108,173,199 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 18:25:38 | Video Girl |
| 99.40.73.8 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/29/2012 | 18:31:44 | Video Girl |
| 24.1.151.224 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/29/2012 | 8:08:01 | Video Girl |
| 108,100,125,141 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/13/2012 | 23:42:43 | Video Girl |
| 99.186.37.72 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/19/2012 | 15:41:47 | Video Girl |
| 99.172.55.56 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/9/2012 | 12:53:15 | Video Girl |

**EXHIBIT B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 98,212,250,212 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/14/2012 | 18:39:54 | Video Girl |
| 108.123.21.239 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/20/2012 | 18:15:19 | Video Girl |
| 96.25.150.40 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 5/3/2012 | 14:24:49 | Video Girl |
| 184.78.10.96 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/1/2012 | 1:52:47 | Video Girl |
| 98.193.102.99 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 1:29:57 | Video Girl |
| 108.83.47.247 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/17/2012 | 22:46:12 | Video Girl |
| 67,176,183,151 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 5/7/2012 | 2:50:25 | Video Girl |
| 67,176,246,194 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/3/2012 | 13:38:18 | Video Girl |
| 67,184,135,206 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 3:20:01 | Video Girl |
| 98.215.238.83 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/22/2012 | 20:19:05 | Video Girl |
| 99.38.246.15 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 19:41:57 | Video Girl |
| 99,116,132,241 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 4:20:46 | Video Girl |
| 173,240,202,233 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/24/2012 | 6:51:21 | Video Girl |
| 108,192,104,120 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/29/2012 | 0:41:25 | Video Girl |
| 98.213.88.154 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/6/2012 | 15:01:06 | Video Girl |
| 64.53.254.43 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/12/2012 | 0:23:21 | Video Girl |
| 50.9.14.29 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 14:46:33 | Video Girl |
| 66.87.95.127 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/27/2012 | 9:54:14 | Video Girl |
| 68.51.122.189 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/29/2012 | 4:02:06 | Video Girl |
| 75.34.19.130 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/7/2012 | 19:28:27 | Video Girl |
| 98,212,235,191 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/13/2012 | 3:16:21 | Video Girl |
| 71,239,194,140 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/19/2012 | 6:01:26 | Video Girl |
| 98.212.37.180 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/30/2012 | 1:03:51 | Video Girl |
| 173.110.227.16 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/14/2012 | 16:01:46 | Video Girl |
| 99,103,147,239 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/19/2012 | 20:03:23 | Video Girl |
| 99.140.250.58 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/31/2012 | 0:04:02 | Video Girl |
| 173.149.87.144 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/16/2012 | 16:05:24 | Video Girl |
| 69,171,163,173 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 5/4/2012 | 21:28:38 | Video Girl |
| 71.239.60.75 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/1/2012 | 22:43:42 | Video Girl |
| 208.54.80.241 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 12:03:56 | Video Girl |
| 99.152.34.25 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 1:45:06 | Video Girl |

| 108.115.124.91 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/22/2012 | 16:45:29 | Video Girl |
| 99.74.22.37 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 18:54:46 | Video Girl |
| 99.152.44.90 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 3:33:36 | Video Girl |
| 173,111,128,134 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/23/2012 | 16:04:27 | Video Girl |
| 108.100.12.142 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/28/2012 | 20:32:57 | Video Girl |
| 98,212,248,103 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/11/2012 | 1:49:45 | Video Girl |
| 108.69.182.171 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 5:38:13 | Video Girl |
| 66.87.94.54 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/25/2012 | 22:24:36 | Video Girl |
| 108.216.117.44 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/7/2012 | 11:48:18 | Video Girl |
| 173,123,221,152 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/12/2012 | 19:40:15 | Video Girl |
| 98,212,253,143 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/19/2012 | 4:41:28 | Video Girl |
| 108,207,101,133 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/29/2012 | 23:31:01 | Video Girl |
| 69.47.254.229 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/8/2012 | 16:14:17 | Video Girl |
| 69,246,229,169 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/14/2012 | 2:08:38 | Video Girl |
| 99.152.47.167 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/19/2012 | 16:55:37 | Video Girl |
| 98.215.33.116 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/30/2012 | 16:47:13 | Video Girl |
| 71.23.181.26 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/9/2012 | 15:58:35 | Video Girl |
| 98.215.23.244 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/21/2012 | 0:07:57 | Video Girl |
| 173,146,245,241 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 5/4/2012 | 16:28:50 | Video Girl |
| 99.141.4.121 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/1/2012 | 14:32:47 | Video Girl |
| 76.203.3.255 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 5:36:45 | Video Girl |
| 108.83.47.194 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/17/2012 | 23:04:49 | Video Girl |
| 67,176,183,162 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/22/2012 | 13:36:01 | Video Girl |
| 99.130.92.239 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 5/7/2012 | 20:26:14 | Video Girl |
| 67.162.2.133 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/3/2012 | 22:19:13 | Video Girl |
| 76.191.26.50 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 17:20:11 | Video Girl |
| 99,103,147,210 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 3:23:18 | Video Girl |
| 50.83.101.112 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/23/2012 | 9:13:39 | Video Girl |
| 98.228.185.82 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/5/2012 | 4:22:56 | Video Girl |
| 108.100.53.26 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 20:15:19 | Video Girl |
| 108.69.179.49 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 5:01:43 | Video Girl |

| | | | | | | |
|---|---|---|---|---|---|---|
| 99.22.247.41 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/24/2012 | 15:28:44 | Video Girl |
| 75.34.25.202 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/6/2012 | 19:20:18 | Video Girl |
| 50,129,148,217 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/12/2012 | 1:17:18 | Video Girl |
| 69.211.3.228 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 14:47:02 | Video Girl |
| 68.57.217.242 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/27/2012 | 19:08:43 | Video Girl |
| 71.201.85.5 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/29/2012 | 5:25:36 | Video Girl |
| 99.20.176.208 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/7/2012 | 20:45:24 | Video Girl |
| 75.34.52.87 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/13/2012 | 19:17:45 | Video Girl |
| 99.21.180.95 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/19/2012 | 13:35:20 | Video Girl |
| 108.64.129.4 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/30/2012 | 22:42:24 | Video Girl |
| 50.9.26.30 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/30/2012 | 3:06:40 | Video Girl |
| 96.25.147.154 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/9/2012 | 1:45:36 | Video Girl |
| 98,212,253,146 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/14/2012 | 18:34:50 | Video Girl |
| 173,123,223,151 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/20/2012 | 6:29:37 | Video Girl |
| 69.47.12.198 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 5/3/2012 | 0:26:43 | Video Girl |
| 50.40.146.34 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/31/2012 | 23:20:20 | Video Girl |
| 98.227.69.166 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 1:25:19 | Video Girl |
| 98,206,179,124 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/22/2012 | 5:04:34 | Video Girl |
| 70.8.218.141 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 16:16:51 | Video Girl |
| 108.69.177.126 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 2:25:34 | Video Girl |
| 173,108,204,170 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/22/2012 | 16:51:47 | Video Girl |
| 75.39.236.85 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/10/2012 | 19:17:37 | Video Girl |
| 99.152.40.203 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/18/2012 | 4:11:42 | Video Girl |
| 96.24.146.32 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 3/28/2012 | 21:00:23 | Video Girl |
| 99.64.13.192 | 8A63D4E30EC66D1796FBBF48CF4D5105419B918B | US | IL | 4/11/2012 | 20:40:40 | Video Girl |
| 68.58.55.198 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/8/2012 | 21:14:44 | Video Girl |
| 69,209,224,144 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/16/2012 | 15:21:23 | Video Girl |
| 99.115.1.128 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/10/2012 | 17:37:57 | Video Girl |
| 76.237.182.90 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/18/2012 | 3:28:35 | Video Girl |
| 76.16.225.153 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/28/2012 | 17:32:05 | Video Girl |
| 24.12.141.250 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/8/2012 | 0:06:25 | Video Girl |

| | | | | | | |
|---|---|---|---|---|---|---|
| 69,209,237,205 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/30/2012 | 4:05:02 | Video Girl |
| 69,171,163,175 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/22/2012 | 5:04:32 | Video Girl |
| 68.60.245.125 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/10/2012 | 17:13:02 | Video Girl |
| 76.217.63.113 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/9/2012 | 0:58:01 | Video Girl |
| 69,209,226,119 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 5/2/2012 | 2:44:15 | Video Girl |
| 75.27.36.43 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/22/2012 | 0:10:01 | Video Girl |
| 76,237,190,204 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/4/2012 | 4:46:29 | Video Girl |
| 99.13.190.63 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/29/2012 | 1:42:08 | Video Girl |
| 76.16.124.21 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/29/2012 | 14:27:47 | Video Girl |
| 184.78.117.255 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 5/1/2012 | 16:05:24 | Video Girl |
| 76,237,176,100 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/16/2012 | 2:31:01 | Video Girl |
| 69.211.57.129 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/28/2012 | 17:12:14 | Video Girl |
| 69,245,187,104 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/29/2012 | 1:38:36 | Video Girl |
| 76.217.60.131 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/17/2012 | 1:30:18 | Video Girl |
| 69,209,228,219 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 5/6/2012 | 15:44:52 | Video Girl |
| 76,237,190,240 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/4/2012 | 15:21:25 | Video Girl |
| 69.209.239.58 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/24/2012 | 2:42:25 | Video Girl |
| 98.253.227.50 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/6/2012 | 3:05:27 | Video Girl |
| 108.91.44.232 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/18/2012 | 5:44:44 | Video Girl |
| 76.217.59.135 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/26/2012 | 2:59:28 | Video Girl |