**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RG INVESTMENTS GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:12-cv-04179 |
| | ) |
| v. | ) |
| | ) Judge Gary Feinerman |
| DOES 1 – 143, | ) |
| | ) Magistrate Judge Susan E. Fox |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS
WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all causes of action in the Complaint against certain Doe Defendants associated with the IP Addresses in the accompanying Exhibit – specifically, Doe Defendants 118 (IP Address 68.58.55.198) through 143 (IP Address 76.217.59.135), inclusive. [The accompanying Exhibit comprises pages 4 and 5 of Exhibit B to the First Amended Complaint.]. The respective Doe Defendants have neither filed an answer nor any motion with regard to Plaintiff's Complaint. A dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

Dated: July 27, 2012	RG INVESTMENTS GROUP, INC.

By:	 s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
RG Investments Group, Inc.